Adv. Pro. No. 04-52270

## CERTIFICATE OF SERVICE

I, Melissa L. Bertsch, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter for which service of process was made. I further certify that the service of this summons, a copy of the complaint, and a Notice of Dispute Resolution Alternatives was made on February 18, 2004, by First-Class United States mail, postage fully pre-paid to the following:

> Phillips Industries
> Attn: President, Officer or Managing Agent
> Stamping & Fastener Div., Dept. No. 8751
> Los Angeles, CA 90084-8751
> 61207 1011/0761

Under penalty of perjury, I declare that the foregoing is true and correct.

Date: February 23, 2004

*Melissa L. Bertsch*
Melissa L. Bertsch

YOUNG CONAWAY STARGATT & TAYLOR, LLP
The Brandywine Building
1000 West Street, 17th Floor
P.O. Box 391
Wilmington, DE 19899-0391

WP3:973299 2                                                                 061207 1011